# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

**No. 201800237**

————————————

**UNITED STATES OF AMERICA**
*Appellee*

v.

**Jaime E. LARAMATA**
Hospitalman Second Class (E-5), U.S. Navy
*Appellant*

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Lieutenant Colonel Robert D. Merrill, USMC (arraignment);
Lieutenant Colonel Roger E. Mattioli, USMC (trial).

For Appellant:  Commander Robert D. Evans, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 10 October 2018

————————————

Before FULTON, CRISFIELD, and STINSON, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court